IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOE BILLY SMITH                                                                PLAINTIFF

v.                                          CASE NO. 5:21-CV-5003

LIEUTENANT AMANDA ARNOLD
AND DEPUTY TOM MULVANEY                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 25) from United States Magistrate Judge Christy Comstock  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court grant Defendant's Motion to for Summary Judgment.  The Court has conducted careful review of this case.  The report and recommendation is  proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. 20) is GRANTED and Plaintiff's case is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this September 9, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE